1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc., <br><br>                    Plaintiff, <br><br>     v. <br><br> Casa Manga, Inc.; Ebez Co., Inc.; Rang Kim a/k/a Kim Rang; and Does 1 through 10 inclusive, <br><br>                    Defendants. | Case No. SACV12-434 JLS (ANx) <br><br> CONSENT DECREE PURSUANT TO STIPULATION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree that has been executed on behalf of Plaintiff Sanrio, Inc. ("Plaintiff"), on the one hand, and Defendants Ebez Co., Inc. and Rang Kim a/k/a Kim Rang

(collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants.

2) Plaintiff is the owner or exclusive licensee of all rights in and to the copyright and trademark registrations listed in Exhibits "A" and "B," attached hereto and incorporated herein by this reference, and the copyrights associated with the same ("Plaintiff's Properties").

3) Plaintiff has expended considerable resources in the creation and commercial exploitation of Plaintiff's Properties on merchandise and in the enforcement of its intellectual property rights in Plaintiff's Properties.

4) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and all persons in active concert and participation with her who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's copyrights and trademarks in Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically:

        i) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized

        products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

  ii) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

  iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff; or

  iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

6) Each side shall bear its own fees and costs of suit.

7) This Consent Decree shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

10) Except as provided herein, all claims alleged in the Complaint as to Defendants are dismissed with prejudice.

Dated: December 02, 2013

_____
Hon. Josephine L. Staton
United States District Judge

# EXHIBIT A

# SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VAu 684-322 | SANRIO 2005 CHARACTER GUIDE | Graphic Artwork |
| VA 1-303-874 | CHARACTER MERCHANDISING | Collective work of artwork, text and photos |
| TX 3-769-888 | SANRIO 1993 PRODUCT AND SALES PROMOTION CATALOG | Visual Material |
| VA 1-296-115 | 2004 – 100 CHARACTERS | Graphic Artwork |
| VA 811-440 | BAD BADTZ MARU | Graphic Artwork |
| VAu 498-617 | CHOCOCAT | Art original |
| VA 130-420 | HELLO KITTY | Graphic Artwork |
| VA 636-579 | KEROKEROKEROPPI | Sticker Book |
| VA 707-212 | KEROKEROKEROPPI | Pictorial Cartoon Drawing |
| VA 246-421 | LITTLE TWIN STARS | Stickers |
| VA 840-495 | MONKICHI | Graphic Artwork |
| VA 130-419 | MY MELODY, A BUNNY WITH HOOD | Graphic Artwork |
| VA 130-421 | PATTY & JIMMY, A BOY AND GIRL WITH SCHOOL BOOKS | Graphic Artwork |
| VA 636-582 | PEKKLE- AHIRU NO PEKKLE MINI STICKER BOOK | Graphic Artwork |
| VA 840-496 | PICKE BICKE | Graphic Artwork |
| VA 636-580 | POCHACCO | Sticker Book |
| VA 148-625 | TUXEDO SAM, TUXEDO SAM GRAND REGATTA, SPIFFY'S THE COOLEST AND SPIFFY IS COOL STICKERS | Stickers |
| VA 840-494 | WINKIPINKI | Graphic Artwork |
| VA 636-581 | ZASHIKIBUTA | Stickers |
| VA 1-352-721 | KEROPPI / LITTLE FROG…BIG SPLASH | Visual Material |
| Vau 1-078-385 | SANRIO 2010 CHARACTER GUIDE | Visual Material |
| VA 1-342-775 | SANRIO 2002 HELLO KITTY STYLE GUIDE | Visual Material |
| VA 657-748 | KOBUTA NO PIPPO | Visual Material |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE | Visual Material |
| Vau 655-028 | THE RUNABOUTS - 2001 | Visual Material |
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), | Visual Material |

|  |  |  |
|---|---|---|
|  | KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 |  |
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 | Visual Material |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW | Visual Material |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 | Visual Material |

# EXHIBIT B

# SANRIO CO.'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,842,707 | 5/18/04 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,707,592 | 4/15/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,705,164 | 4/8/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,714,130 | 5/6/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,952,043 | 5/17/05 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,845,315 | 5/25/04 |
| Hello Kitty | Design Only | 1,200,083 | 7/6/82 |
| Hello Kitty | Design Only | 1,277,721 | 5/15/84 |
| Hello Kitty | Typed Drawing | 1,215,436 | 11/9/82 |
| Hello Kitty | Typed Drawing | 1,279,486 | 5/29/84 |
| Hello Kitty | Typed Drawing | 1,391,550 | 4/29/86 |
| Hello Kitty | Design Only | 1,370,105 | 11/12/85 |
| Keroppi | Standard Character Mark | 3,531,383 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,350 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,531,382 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,349 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,436,548 | 5/27/08 |

| | | | |
|---|---|---|---|
| Keroppi | Standard Character Mark | 3,181,348 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,181,347 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,449,938 | 6/17/08 |
| Keroppi | Standard Character Mark | 3,531,381 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,531,380 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,346 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,423,288 | 5/6/08 |
| Keroppi | Standard Character Mark | 3,181,345 | 12/5/06 |
| Little Twin Stars | Typed Drawing | 1,341,864 | 6/18/85 |
| Little Twin Stars | Typed Drawing | 1,192,946 | 4/6/82 |
| Little Twin Stars | Standard Character Mark | 3,245,999 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,998 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,997 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,994 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,993 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,992 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,991 | 5/29/07 |
| Monkichi | Standard Character Mark | 3,699,381 | 10/20/09 |
| My Melody | Typed Drawing | 1,305,637 | 11/20/84 |
| My Melody | Typed Drawing | 1,210,192 | 9/28/82 |
| Pekkle | Typed Drawing | 2,053,346 | 4/15/97 |
| Pochacco | Typed Drawing | 2,236,507 | 4/6/99 |

| | | | |
|---|---|---|---|
| Pochacco | Typed Drawing | 1,985,358 | 7/9/96 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,506,705 | 11/13/01 |
| Sanrio | Typed Drawing | 2,506,577 | 11/13/01 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,680 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,742,381 | 7/29/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,679 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,693,639 | 3/4/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,696,063 | 3/11/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,845,115 | 5/25/04 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,435,865 | 3/13/01 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,847,629 | 6/1/04 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,378 | 11/11/08 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,376 | 11/11/08 |
| Bow | Design only | 3,260,857 | 7/10/07 |
| Bow | Design only | 3,359,800 | 12/25/07 |
| Bow | Design only | 3,359,801 | 12/25/07 |
| Bow | Design only | 3,272,377 | 7/31/07 |
| Bow | Design only | 3,260,860 | 7/10/07 |
| Bow | Design only | 3,362,512 | 1/1/08 |
| Bow | Design only | 3,3,48,608 | 12/4/08 |

| | | | |
|---|---|---|---|
| Bow | Design only | 3,249,704 | 6/5/07 |
| Bow | Design only | 3,362,514 | 1/1/08 |
| Bow | Design only | 3.359,799 | 12/25/07 |
| Bow | Design only | 3,260,858 | 7/10/07 |
| Bow | Design only | 3,445,304 | 6/10/08 |
| Bow | Design only | 3,260,859 | 7/10/07 |
| Bow | Design only | 3,359,802 | 12/25/07 |
| Bow | Design only | 3,260,861 | 7/10/07 |
| Bow | Design only | 3,253,794 | 6/19/07 |
| Bow | Design only | 3,260,862 | 7/10/07 |
| Bow | Design only | 3,362,513 | 1/1/08 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/09 |
| Outline of Hello Kitty | Design only | 3,756,724 | 3/9/10 |
| Outline of Hello Kitty | Design only | 3,751,315 | 2/23/10 |
| Outline of Hello Kitty | Design only | 3,868,138 | 10/26/10 |
| Outline of Hello Kitty | Design only | 3,756,725 | 3/9/10 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/09 |
| Outline of Hello Kitty | Design only | 3,679,187 | 9/8/09 |
| Outline of Hello Kitty | Design only | 3,865,208 | 10/19/10 |
| Outline of Hello Kitty | Design only | 4,380,426 | 8/6/13 |